UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QUENTIN LAMONT LAVELL PERRY,                   Civil No. 11-149 PJS/AJB

    Plaintiff,

v.                                             O R D E R

MINNESOTA ST. PAUL POLICE
DEPARTMENT, OFFICERS
(JOSEPH LABATH),

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 21, 2011, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     04/11    , 2011.

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge